11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Marcus Rochell Robinson

Appellant

Vs.                   No. 11-01-00062-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  In his motion,
appellant states that he no longer desires to pursue this appeal, that he
understands his request to withdraw his notice of appeal is final, and that his
request is made freely and voluntarily. 
The motion is signed by both appellant and his attorney.  TEX.R.APP.P. 42.2.

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

November 1, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.